**Joy Bertrand, Esq.**
joy@joybertrandlaw.com
PO Box 2734
Scottsdale, Arizona 85252-2734
Telephone:  602-374-5321
Fax:  480-361-4694
www.joybertrandlaw.com
Arizona State Bar No. 24181
(admitted *pro hac vice*)

**ATTORNEY FOR:  PLAINTIFF**

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF OREGON

| | |
|---|---|
| Jonathan Kennedy, <br> Plaintiff, <br><br> v. <br><br> City of Roseburg, *et al.,* <br> Defendants. | Case No. 6:25-CV-02264-AP <br><br> **NOTICE OF SETTLEMENT** |

PLEASE TAKE NOTICE that the Plaintiff, Jonathan Kennedy, through his counsel of record, and Defendant James Forrester, through his counsel of record, have reached a settlement agreement in this matter.  The Plaintiff and Mr. Forrester expect to have their agreement finalized within the next ten business days.

Respectfully submitted this Third day of May, 2026.

s/Joy Bertrand
Joy Bertrand
Counsel for the Plaintiff

1

## CERTIFICATE OF SERVICE

I, Joy Bertrand, do hereby certify that on May 3, 2026, I filed the foregoing via the United States District Court of Oregon's ECF system.  Based on my training and experience with electronic filing in the federal courts, it is my understanding that co-counsel and opposing counsel will be served via e-filing, upon its submission to the Court.

Respectfully submitted this Third day of May, 2026


s/Joy Bertrand
Joy Bertrand
Attorney for Plaintiff