IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

|  |  |
|---|---|
| JONATHAN KENNEDY, | Case No. 6:25-cv-2264-AP |
| Plaintiff, | **ORDER: SETTLEMENT** |
| v. | **AGREEMENT AND** |
| | **STIPULATED DISMISSAL AS** |
| CITY OF ROSEBURG, OREGON et al, | **TO DEFENDANT JAMES** |
| | **FORRESTER** |
| Defendants. | |

POTTER, United States Magistrate Judge:

Plaintiff Johnathan Kennedy and Defendant James Forrester, by and through their Counsel, filed notice of Settlement and a Stipulated Motion for Dismissal against Defendant Forrester under Fed. R. Civ. P. 41 and L.R. 41-1(a). ECF Nos. 52 and 53. Based on such stipulation it is ORDERED that Defendant Forrester is dismissed with prejudice and without attorney fees and costs. Defendant Forrester only is dismissed from Plaintiff's Fifth, Tenth, Eleventh, and Twelfth claims for relief.

Plaintiff's Motion for Dismissal against Defendant Forrester, ECF No. 53, is GRANTED. Defendant Forrester's Motion to Strike, ECF No. 30, is DENIED as moot.

IT IS SO ORDERED.

DATED this 10th day of July, 2026.

/s/Amy E. Potter
AMY E. POTTER
United States Magistrate Judge

PAGE 1 – ORDER