UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

JONATHAN KENNEDY,

      Plaintiff,

      v.

CITY OF ROSEBURG, OREGON; GARY
KOPFENSTEIN, *Chief of Police, City of
Roseburg, Oregon, in his official capacity*;
JAMES FORRESTER, *in his official and
individual capacity*; CODY WALTON, *in his
individual capacity*; SEAN DONNELLY, *in
his individual capacity*; DAVID FREGOSO,
in his individual capacity*; COMMONSPIRIT
OREGON, *an Oregon nonprofit corporation*,
d/b/a CHI Mercy Health – Mercy Medical
Center, d/b/a Mercy Medical Center;
MARIAH HOLCOMB, *an individual in her
individual capacity*; and JANE DOE,
*("KRISTA"), in her individual capacity*,

      Defendants.

Case No. 6:25-cv-02264-AP

**ORDER**

**KASUBHAI,** United States District Judge:

This matter is before the Court pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of

Civil Procedure 72(b). Magistrate Judge Potter issued a Findings and Recommendation on June

18, 2026, in which she recommends that this Court deny Defendant Commonspirit and Mariah

Holcomb's Motion to Dismiss as to all claims except the claim for Plaintiff's *Monell* claim

Page 1 — ORDER

against Defendant Commonspirit, which Judge Potter recommends be dismissed with leave to amend. F&R, ECF No. 50.

When a party objects to a magistrate judge's Findings and Recommendations, the district court must "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1). In the absence of objections, the district court has no obligation to review the magistrate judge's report. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). However, the district court is not precluded from *sua sponte* review in such circumstances, *Thomas v. Arn*, 474 U.S. 140, 149 (1985), and the Advisory Committee notes to Federal Rule of Civil Procedure 72(b) recommend that the court should review for "clear error on the face of the record." Fed. R. Civ. P. 72(b) advisory committee's note to 1983 amendment.

Here, no party timely objected to the Magistrate Judge's Findings and Recommendation. The Court has reviewed the record and finds no error.

### CONCLUSION

The Court ADOPTS Magistrate Judge Potter's Findings and Recommendation, ECF No. 50. Defendant Commonspirit Oregon and Mariah Holcomb's Motion to Dismiss (ECF No. 22) is therefore DENIED as to all claims except it is GRANTED with respect to Plaintiff's *Monell* claim (Fifth Claim for Relief) against Defendant Commonspirit. That claim is DISMISSED with leave to amend within 21 days of the entry of this Order.

IT IS SO ORDERED.

DATED this 22nd day of July 2026.

MUSTAFA T. KASUBHAI (he/him)
United States District Judge

Page 2 — ORDER